

October 28, 2021

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Morakinyo Gbyide*
21 Cr. 609 (LAP)

Dear Judge Preska:

On October 13, 2021, I was assigned to represent Mr. Gbyide pursuant the Criminal Justice Act (CJA). On October 27, 2021, I was informed that Mr. Gbyide retained private counsel by the name of Jonathan Avner Rosenberg, Esquire. Mr. Rosenberg subsequently filed a Notice of Appearance with the Court.

Given this representation, it is respectfully requested that the Court relieve me as counsel.

Thank you for your consideration.

**SO ORDERED.**

Dated:   November 1, 2021
         New York, New York

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Gbyide

By: Steven Brill

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge