JONATHAN ROSENBERG, PLLC<br>
137 Court Street, Fl. 2, Brooklyn, NY 11201<br>
Tel: (718) 715-4845 | Fax: (718) 797-1855<br>
Email: jonathan@rosenbergpllc.com

January 31, 2022

HON. LORETTA A. PRESKA
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *USA v. Naquan Reyes, et al*.
            1-21-cr-00609

Your Honor:

My office represents the defendant, Morakinyo Gbeyide, in the above-referenced matter.

My client respectfully requests the Court's permission to change his residential address from 150 Marion Street, Staten Island, New York 10310 to 93 Union Avenue, Lynbrook, New York 11563 in or around early February of 2022.

The Government and Pretrial Services do not oppose this application.

                                        Respectfully submitted,

                                        Jonathan Rosenberg
                                        137 Court Street, Fl. 2
                                        Brooklyn, N.Y. 11201
                                        (718) 715-4845
                                        *Attorney for Ricardo Garcia*

                            **SO ORDERED.**

cc:    *All Parties via ECF*    Dated:    February 1, 2022
        *Pretrial Services via Email*                      New York, New York

                                        *[signature: Loretta A. Preska]*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge