**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Morakinyo Gbeyide</u>,
                S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion to request that the Court accept defendant Morakinyo Gbeyide's guilty plea allocution, made before Magistrate Judge Ona T. Wang on February 10, 2023. The transcript of that proceeding and the text of a proposed order are appended hereto.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                            By:      /s/
                                    Kaylan Lasky
                                    Matthew Weinberg
                                    Assistant United States Attorneys
                                    (212) 637-2315 / 2386

cc: Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA
:
    - v. -   :   [PROPOSED] ORDER
:
MORAKINYO GBEYIDE,
:   S1 21 Cr. 609(LAP)
    Defendant.
:
------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on February 10, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February __, 2023

                                      THE HONORABLE LORETTA A. PRESKA
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK

Case 1:21-cr-00609-LAP   Document 261   Filed 02/21/23   Page 3 of 4
Case 1:21-cr-00609-LAP   Document 258-2   Filed 02/19/23   Page 1 of 23

N2AGgbeP

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                         21 Cr. 609 (OTW)

MORAKINYO GBEYIDE,
                                       Plea
            Defendant.

------------------------------x
                                       New York, N.Y.
                                       February 10, 2023
                                       11:00 a.m.

Before:

                    HON. ONA T. WANG,

                                       Magistrate Judge

                         APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
MATTHEW A. WEINBERG
    Assistant United States Attorney

NANCY TANG
    Attorney for Defendant
```

*The plea is accepted.*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2/21/23

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Case 1:21-cr-00609-LAP   Document 261   Filed 02/21/23   Page 4 of 4
Case 1:21-cr-00609-LAP   Document 258-2   Filed 02/19/23   Page 2 of 23     2
N2AGgbeP

```
 1              (Case called)
 2              THE DEPUTY CLERK:  Please state your appearances for
 3     the record.
 4              MR. WEINBERG:  Good morning, your Honor.  Matthew
 5     Weinberg appearing for the government.
 6              THE COURT:  Good morning.
 7              MS. TANG:  Good morning, your Honor.  Nancy Tang, of
 8     counsel to the Law Office of Jonathan Rosenberg, appearing for
 9     Mr. Morakinyo Gbeyide.
10              THE COURT:  Can you pronounce Mr. Gbeyide's name again
11     or, Mr. Gbeyide, why don't you tell us.
12              THE DEFENDANT:  Morakinyo Gbeyide.
13              THE COURT:  Thank you.
14              MR. WEINBERG:  This is a signed copy of the plea
15     agreement.
16              THE COURT:  Good morning, again.  I am Magistrate
17     Judge Wang.
18              Mr. Gbeyide, you can speak and understand English; is
19     that right?
20              THE DEFENDANT:  Yes, ma'am.
21              THE COURT:  I have before me a consent to proceed
22     before a United States Magistrate Judge on a felony plea
23     allocution that you have signed.  What this form says is that,
24     knowing that you have a right to have your plea taken by a
25     United States District Judge, you are agreeing to have your
```