ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

April 19, 2023

HON. LORETTA A. PRESKA
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    *USA v. Morakinyo Gbeyide* (21-CR-609)
              **Request to Adjourn Sentencing Date on Consent of Government**

Your Honor:

      My office represents the defendant, Morakinyo Gbeyide, in the above-referenced matter. We respectfully request an adjournment of the defendant's sentencing date, from May 17, 2023, to a date in early July of 2023, for the purposes of ensuring that the defendant receives appropriate sentencing submissions prior to the proceedings; these submissions would be premature at this time. We would consent to waive time in furtherance of justice.

      The government consents to this request.

```
The Defendant's sentencing is
adjourned. The parties shall
appear for sentencing on
July 6, 2023, at 11:00 AM in
Courtroom 12A.

SO ORDERED.
```

*Loretta A. Presbq*
4/20/23

Respectfully submitted,

/s/

Jonathan Rosenberg
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
(718) 715-4845
office@rosenbergpllc.com

*Attorneys for Defendant*
*Morakinyo Gbeyide*

cc:    *All Parties via ECF*