```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
United States of America,            :
                                     :
                                     :
                  Plaintiff(s),      :    21 CR 609 (LAP)
                                     :
                                     :    SCHEDULING ORDER
        -against-                    :
                                     :
Morakinyo Gbeyide,                   :
                                     :
                  Defendant(s).      :
                                     :
-------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the proceeding scheduled for May 1, 2024 at 10:00 am is adjourned to May 9, 2024 at 11:00 am.

SO ORDERED.

                                       _____
                                       Loretta A. Preska, Senior U.S.D.J.

Dated:    March 19, 2024
            New York, New York