ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, New York 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

June 14, 2024

HON. LORETTA A. PRESKA
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *USA v. Morakinyo Gbeyide* (21-CR-609)

Your Honor:

    My office represents the defendant, Morakinyo Gbeyide, in the above-referenced matter.

    We are respectfully requesting that the Court approve the release of Mr. Gbeyide's passport(s) by pretrial services – or the appropriate custodian – to his wife, following Mr. Gbeyide's lawful surrender to the United States Bureau of Prisons for the commencement of his prison sentence. I do not anticipate that the government will oppose this request; it is my understanding that pretrial services has endorsed this request.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/25/24

Respectfully submitted,

*/s/ Jonathan Rosenberg*
Jonathan Rosenberg
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
(718) 715-4845
office@rosenbergpllc.com

*Attorneys for Defendant
Morakinyo Gbeyide*

cc:    *All Parties via ECF*