UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

MORAKINYO GBEYIDE,

              Defendant.

No. 21-CR-609 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Defendant's letter request to adjourn his surrender date. (Dkt. no. 502.) The Government shall notify the Court of its position on Mr. Gbeyide's request no later than August 26, 2024.

**SO ORDERED.**

Dated:    August 23, 2024
           New York, New York

_____
LORETTA A. PRESKA
United States District Judge

1